**In the Interest of K.M.S., a minor.**

**In the Interest of Z.S.S., a minor.**

**Juvenile Officer of Marion County, Mo., Petitioner/Respondent,**

v.

**J.S.S., Respondent/Appellant.**

**Nos. ED 81021, ED 81032.**

Missouri Court of Appeals, Eastern District, Northern Division.

Nov. 19, 2002.

Rachel L. Bringer, Assistant Prosecutor, Marion County, Hannibal, MO, for respondent.

Debora L. Hale, Rendlen Law Firm, P.C., Hannibal, MO, for appellant.

Thomas R. Motley, Hannibal, MO, guardian ad litem.

Before LAWRENCE E. MOONEY, C.J., KATHIANNE KNAUP CRANE, J. and MARY R. RUSSELL, J.

## ORDER
PER CURIAM.

Father appeals from the judgment of the trial court terminating his parental rights to two minor children. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).